# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:17−cv−00687−RWS−RSP

| | |
|---|---|
| Seneca IP Licensing LLC v. Oki Data Americas, Inc. | Date Filed: 10/06/2017 |
| Assigned to: District Judge Robert W. Schroeder, III | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Seneca IP Licensing LLC**  represented by **Richard C Weinblatt**
Stamoulis & Weinblatt LLC
Two Fox Point Center
6 Denny Road, Suite 307
Wilmington, DE 19809
302/999−1540
Fax: 302/762−1688
Email: weinblatt@swdelaw.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Oki Data Americas, Inc.**  represented by **Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934−8450
Fax: 903/934−9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2017 | Ï | Case assigned to Judge Robert W. Schroeder, III. (ch, ) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 1 | COMPLAINT against Oki Data Americas, Inc. ( Filing fee $ 400 receipt number 0540−6497022.), filed by Seneca IP Licensing LLC. (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit B,<br># 3 Exhibit C,<br># 4 Exhibit D,<br># 5 Exhibit E,<br># 6 Exhibit F,<br># 7 Civil Cover Sheet)(Weinblatt, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Weinblatt, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 3 | |

| | | |
|---|---|---|
| | | DEMAND for Trial by Jury by Seneca IP Licensing LLC. (Weinblatt, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 4 | CORPORATE DISCLOSURE STATEMENT filed by Seneca IP Licensing LLC (Weinblatt, Richard) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 5 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Robert W. Schroeder, III on 10/6/2017. (ch, ) (Entered: 10/06/2017) |
| 10/06/2017 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 6 | SUMMONS Issued as to Oki Data Americas, Inc.. (ch, ) (Entered: 10/06/2017) |
| 11/10/2017 | Ï 7 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Oki Data Americas, Inc..( Smith, Melissa) (Entered: 11/10/2017) |
| 11/13/2017 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Oki Data Americas, Inc. to 12/6/2017. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 11/13/2017) |
| 11/13/2017 | Ï 8 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Oki Data Americas, Inc..( Smith, Melissa) (Entered: 11/13/2017) |
| 11/13/2017 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Oki Data Americas, Inc. to 12/21/2017. 15 Days Granted for Deadline Extension.( slo, ) (Entered: 11/13/2017) |
| 11/17/2017 | Ï 9 | SUMMONS Returned Executed by Seneca IP Licensing LLC. Oki Data Americas, Inc. served on 10/16/2017 (ch, ) (Entered: 11/17/2017) |
| 12/21/2017 | Ï 10 | MOTION to Dismiss *Or Transfer The Complaint For Improper Venue* by Oki Data Americas, Inc.. (Attachments: <br># 1 EX A − Zolty Declaration, <br># 2 Text of Proposed Order)(Smith, Melissa) (Entered: 12/21/2017) |
| 12/21/2017 | Ï 11 | CORPORATE DISCLOSURE STATEMENT filed by Oki Data Americas, Inc. (Smith, Melissa) (Entered: 12/21/2017) |
| 01/02/2018 | Ï 12 | RESPONSE in Opposition re 10 MOTION to Dismiss *Or Transfer The Complaint For Improper Venue filed by Seneca IP Licensing LLC*. (Attachments: <br># 1 Text of Proposed Order)(Weinblatt, Richard) (Entered: 01/02/2018) |
| 01/03/2018 | Ï 13 | ORDER granting 10 Motion to Dismiss Or Transfer The Complaint For Improper Venue. Signed by Magistrate Judge Roy S. Payne on 1/3/2018. (nkl, ) (Entered: 01/03/2018) |