**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

<u>**VIA CM/ECF**</u>

Richard C. Weinblatt
weinblatt@swdelaw.com

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Seneca IP Licensing LLC v. Oki Data Americas, Inc.*,
              C.A. No. 18-057-LPS-CJB

Dear Judge Burke:

      In accordance with the Order in the above-referenced case, the parties submit this letter detailing their positions regarding (a) a description of what this case is about; (b) the parties' positions regarding the disputes in the proposed Scheduling Order, and (c) a list of the most significant topics (other than Scheduling Order disputes) discussed during the parties' review of the Checklist items, along with a brief description as to what was discussed as to those topics.

      ***(a) Description of What This Case is About***

      This is a patent infringement action. Plaintiff alleges that Defendant infringes Plaintiff's U.S. Patent No. 7,441,699 (the "patent-in-suit"). Plaintiff asserts Defendant's Smart MFPs infringe the '699 patent. Defendant counters that it does not infringe and the patents-in-suit are invalid.

      ***(b) Parties' Positions Regarding the Disputes in the Proposed Scheduling Order***

      The parties have met and conferred in good faith and there are no outstanding disputes in the Proposed Scheduling Order.

      ***(c) List of the three most significant topics (other than Scheduling Order) discussed during the parties' review of the Checklist items, along with what was discussed as to those topics***

      During review of the Checklist, the parties discussed whether there are related cases, and streamlining the case by limiting the number of asserted claims Plaintiff will elect and the number of primary and secondary references, and combinations thereof, Defendants will elect. The parties disagree as to whether there are related cases, and have not yet agreed to a mechanism for streamlining or whether doing so before claim construction is appropriate. The parties anticipate continuing to discuss this subject as the case proceeds. During the meet and confer, the parties also discussed having a protective order in place before source code and settlement agreements are produced, to the extent D. Del. L.R. 26.2 may be insufficient, and that the parties will work with each other in good faith to determine whether e-mail production is to take place.

      Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

The Honorable Christopher J. Burke
April 2, 2018
Page 2

                                                Respectfully,

                                                */s/ Richard C. Weinblatt*

                                                Richard C. Weinblatt #5080
                                                *Counsel for Plaintiff*
                                                *Seneca IP Licensing LLC*

cc:      All Registered Counsel (via CM/ECF)