IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENECA IP LICENSING LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:18-cv-57-LPS-CJB |
| v. | ) | |
| | ) | |
| OKI DATA AMERICAS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

The plaintiff Seneca IP Licensing LLC and defendant Oki Data Americas, Inc. pursuant

to Fed. R. Civ. P. 41(a)(2), hereby stipulate, subject to the approval and order of the Court, that

all claims in this action be dismissed without prejudice, with each party to bear its own costs,

expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC              SHAW KELLER LLP

*/s/ Richard C. Weinblatt*                         */s/ Andrew E. Russell*
Stamatios Stamoulis (#4606)                John W. Shaw (#3362)
Richard C. Weinblatt (#5080)              Jeffrey T. Castellano (#4837)
Two Fox Point Centre                           Andrew E. Russell (#5382)
6 Denny Road, Suite 307                       I.M. Pei Building
Wilmington, DE  19809                         1105 North Market Street, 12th Floor
(302) 999-1540                                      Wilmington, DE 19801
stamoulis@swdelaw.com                      (302) 298-0700
weinblatt@swdelaw.com                       jshaw@shawkeller.com
                                                          jcastellano@shawkeller.com
*Attorneys for Plaintiff*                         arussell@shawkeller.com
*Seneca IP Licensing LLC*

                                                          *Attorneys for Defendant*
                                                          *Oki Data America, Inc.*


**SO ORDERED**, this _____ day of _____, 2018.


                              _____
                              United States District Judge